# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.Q., by and through his guardian ad litem CHARIS QUATRO,<br><br>                    Plaintiffs,<br><br>          v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT,<br><br>                    Defendant. | Case No.: 1:16-cv-01485 - LJO - JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING THE CLERK TO ISSUE NEW CASE DOCUMENTS<br><br>(Docs. 5-6) |

R.Q. seeks to proceed in this action against Tehachapi Unified School District by and through his mother and guardian ad litem Charis Quatro. On October 4, 2016, Ms. Quatro filed a motion to proceed *in forma pauperis*. (Docs. 5, 6)

The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court has reviewed the motion and information provided therein, and finds Ms. Quatro satisfies the requirements of 28 U.S.C. § 1915(a).

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* is **GRANTED**;

2. The Clerk of Court is DIRECTED to issue summons as to the defendant;

1     3.    The Clerk of Court is DIRECTED to issue and serve Plaintiff with New Civil Case Documents, including the Order regarding Consent, the Consent Form, and USM-285 Forms; and

4     4.    The U.S. Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by Plaintiff in the USM Forms.

IT IS SO ORDERED.

Dated:   **October 7, 2016**            **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE