# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.Q., by and through his guardian ad litem CHARIS QUATRO,<br><br>Plaintiffs,<br><br>v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No.: 1:16-cv-01485 - LJO - JLT<br><br>ORDER GRANTING STIPULATION TO EXTEND THE BRIEFING SCHEDULE<br><br>(Doc. 34) |

Counsel have stipulated to amend the briefing schedule to allow more time for the filing of the opposing brief and, consequently, the reply brief and the date for the hearing on the briefs. (Doc. 34) Counsel indicate only that their "work schedules" have necessitated the request. Id.

Based upon the stipulation, the Court **ORDERS** the briefing schedule is amended as follows:

1. The opposing brief **SHALL** be filed **no later than June 30, 2017**;
2. The reply brief, if any, **SHALL** be filed **no later than July 21, 2017**;
3. The hearing on this matter is continued to **August 18, 2017** at 8:30 a.m.

IT IS SO ORDERED.

Dated: **May 30, 2017**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE