| | |
|---|---|
| 1 | McCormick, Barstow, Sheppard, Wayte & Carruth LLP |
| 2 | Anthony N. DeMaria, #177894<br>Todd W. Baxter, #152212 |
| 3 | 7647 North Fresno Street<br>Fresno, California 93720 |
| 4 | Telephone: (559) 433-1300<br>Facsimile: (559) 433-2300 |
| 5 | |
| 6 | Attorneys for TEHACHAPI UNIFIED SCHOOL DISTRICT |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| R.Q. (A minor, by and through his parent and Guardian ad Litem, CHARIS QUATRO),<br><br>Plaintiff,<br><br>v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. 1:16-cv-01485-LJO-JLT<br><br>**STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING AND AMENDED ORDER THEREON**<br><br>**(Doc. 36)** |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Defendant TEHACHAPI UNIFIED SCHOOL DISTRICT ("Defendant") and Plaintiff, R.Q. (A minor, by and through his parent and Guardian ad Litem, CHARIS QUATRO) ("Plaintiff"), as follows:

1. Due to a family emergency for Defendant's counsel, the merits briefing schedule shall be amended as follows:

    a. Defendant's opposition brief shall be filed no later than **July 14, 2017**.

    b. Plaintiff's reply brief, if any, shall be filed no later than **August 4, 2017**.

2. The hearing in this matter shall be set before the Honorable Lawrence J. O'Neill, United States District Court Judge, in Courtroom 4, on **September 27, 2017** at 8:30 a.m.

/ / /

/ / /

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

3. All other orders in this matter, unless specifically modified herein, shall remain in full force and effect.

Dated: June 29, 2017

LAW OFFICE OF ANDREA MARCUS

By: */s/ Andrea Moore Marcus*
Andrea Moore Marcus
Attorneys for J.T. (a minor, by and through his grandparent and Guardian ad Litem, JANICE WOLFE)

Dated: June 29, 2017

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Todd W. Baxter*
Todd W. Baxter
Attorneys for TEHACHAPI UNIFIED SCHOOL DISTRICT

**ORDER**

The Court **GRANTS** the stipulation to amend the case schedule as follows:

1. Defendant's opposition brief shall be filed no later than **July 14, 2017**.

3. Plaintiff's reply brief, if any, shall be filed no later than **August 4, 2017**.

4. The hearing on this matter shall be set before the Honorable Lawrence J. O'Neill, United States District Court Judge, in Courtroom 4, on **September 27, 2017 at 8:30 a.m.**

5. The further scheduling conference is CONTINUED to **January 8, 2018** at 8:30 a.m.

**Counsel are advised that no further extensions of time will be permitted.**

IT IS SO ORDERED.

Dated: **June 30, 2017**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE