LAW OFFICES OF ANDRÉA MARCUS
Andréa Marcus (SBN 188098)
Email: andrea@andreamaruslaw.com
133 E. De La Guerra Street, #143
Santa Barbara, CA 93101-2247
Telephone: (888) 215-9021
Fax: (888) 215-9021

Attorney for R.Q. (by and through his Parent and Guardian ad Litem, CHARIS QUATRO)

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
Anthony N. DeMaria, #177894
Todd W. Baxter, #152212
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for TEHACHAPI UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| R.Q. (A minor, by and through his parent and Guardian ad Litem, CHARIS QUATRO), <br><br> Plaintiff, <br><br> v. <br><br> TEHACHAPI UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | Case No. 1:2016-CV-01485-LJO-JLT <br><br> **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE** |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Defendant TEHACHAPI UNIFIED SCHOOL DISTRICT ("Defendant") and Plaintiff, R.Q. (A minor, by and through his parent and Guardian ad Litem, CHARIS QUATRO) ("Plaintiff"), as follows:

1. In light of the Thomas Fire's impact on counsel for Plaintiff's office, the parties hereby stipulate to continuing the settlement conference currently scheduled for January 10, 2018 at 10:00

AM to February 5, 2018 at 1:30 PM.

    2.    All other orders in this matter, unless specifically modified herein, shall remain in full force and effect.

Dated: January  2 , 2018            LAW OFFICE OF ANDREA MARCUS

                                   By: _____/S/_____
                                       Andrea Moore Marcus
                            Attorneys for R.Q. (a minor, by and through his
                            parent and Guardian ad Litem, CHARIS QUATRO)

Dated: January  2 , 2018            McCORMICK, BARSTOW, SHEPPARD,
                                            WAYTE & CARRUTH LLP

                                   By: _____/S/_____
                                       Anthony N. DeMaria
                                Attorneys for TEHACHAPI UNIFIED
                                           SCHOOL DISTRICT

     IT IS SO ORDERED.

Dated:  Jan 3 , 2018

                                     _/s/ Jennifer L. Thurston_
                                     UNITED STATES MAGISTRATE JUDGE