1  LAW OFFICES OF ANDRÉA MARCUS
   Andréa Marcus (SBN 188098)
2  Email: andrea@andreamaruslaw.com
   133 E. De La Guerra Street, #143
3  Santa Barbara, CA 93101-2247
   Telephone: (888) 215-9021
4  Fax: (888) 215-9021

5  Attorney for R.Q. (by and through his
   Parent and Guardian ad Litem, CHARIS
6  QUATRO)

7  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
8  Anthony N. DeMaria, #177894
   Todd W. Baxter, #152212
9  7647 North Fresno Street
   Fresno, California 93720
10 Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300
11
   Attorneys for TEHACHAPI UNIFIED SCHOOL
12 DISTRICT

13

14              UNITED STATES DISTRICT COURT

15      EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

16

17 R.Q. (A minor, by and through his parent and     Case No. 1:16-CV-01485-LJO-JLT
   Guardian ad Litem, CHARIS QUATRO),
18                                                    **STIPULATION AND ~~PROPOSED~~ ORDER
              Plaintiff,                              TO CONTINUE SETTLEMENT
19                                                    CONFERENCE**
          v.
20                                                    **(Doc. 52)**
   TEHACHAPI UNIFIED SCHOOL
21 DISTRICT,

22            Defendant.

23

24      **IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel,

25 Defendant TEHACHAPI UNIFIED SCHOOL DISTRICT ("Defendant") and Plaintiff, R.Q. (A minor,

26 by and through his parent and Guardian ad Litem, CHARIS QUATRO) ("Plaintiff"), as follows:

27      1.          In light of the Plaintiff's pending appeal of the District Court's decision

28                 regarding the IDEA matter in this case to the 9th Circuit Court of Appeals, the

   _____
         STIPULATION TO CONTINUE SETTLEMENT CONFERENCE

parties stipulate to continuing the scheduling conference for all non-IDEA claims in this matter.

2.      The parties stipulate to continue the scheduling conference currently scheduled for March 13, 2017, until after the 9th Circuit Court of Appeals issues its final decision regarding this Court's decision in the IDEA claims.

Dated: February 16, 2018               LAW OFFICE OF ANDREA MARCUS

By: _____/S/_____
Andrea Moore Marcus
Attorneys for R.Q. (a minor, by and through his parent and Guardian ad Litem, CHARIS QUATRO)

Dated: February 16, 2018               McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____/S/_____
Anthony N. DeMaria
Attorneys for TEHACHAPI UNIFIED SCHOOL DISTRICT

**ORDER**

Based upon the stipulation of the parties, the Court **ORDERS**:

1.      The case is **STAYED**. The scheduling conference will be re-set upon the completion of the appeal;

2.      Within 120 days and every 120 days thereafter, counsel **SHALL** file a joint report detailing the status of the appeal. In addition, no later than 14 days after the ruling on the appeal, counsel **SHALL** file a joint status report discussing whether the stay should be lifted and, if the

2

plaintiff does not succeed on appeal, whether the plaintiff intends to pursue the remaining claims.

IT IS SO ORDERED.

Dated:     **February 21, 2018**            **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING