UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.Q.,<br><br>        Plaintiff,<br><br>    v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT,<br><br>        Defendant. | Case No. 1:16-cv-01485-LJO-JLT<br><br>[~~PROPOSED~~] **ORDER EXTENDING THE TIME FOR NON-EXPERT DISCOVERY (Doc. 67)** |

Counsel have stipulated to extend the non-expert discovery deadline to May 3, 2019 to allow them to engage in mediation while preserving their resources. (Doc. 67) It appears that they have conducted almost no discovery (Doc. 65) since June 2018, when the Court lifted the stay. Though the Court will extend the discovery deadline as they request, counsel are advised that the Court **will not** extend this deadline again regardless of whether the case resolves at the mediation or whether it proceeds in the timeframe currently anticipated. Thus, the Court **ORDERS**:

    1.    The stipulation to extend the non-expert discovery deadline to May 3, 2019 is **GRANTED**. **No other deadlines are amended**.

IT IS SO ORDERED.

    Dated:  **February 13, 2019**           **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE