1

2

3

4

5

6

7

8        **UNITED STATES DISTRICT COURT**

9        **EASTERN DISTRICT OF CALIFORNIA**

10

11   R.Q., by and through his guardian ad litem          )   Case No.: 1:16-cv-01485 - LJO - JLT
     CHRIS QUATRO,                                        )
12                                                        )   ORDER AFTER NOTICE OF SETTLEMENT
                     Plaintiff,                           )
13                                                        )
            v.                                            )
14                                                        )
     TEHACHAPI UNIFIED SCHOOL                             )
15   DISTRICT,                                            )
                     Defendant.                           )
16   _____           )

17        The plaintiff has notified the Court that the action has settled, and he requests the Court

18   dismiss the action with prejudice. (Doc. 69) Nevertheless, the action is being prosecuted by a child

19   through his guardian ad litem, which requires the Court approve the minor's compromise. L.R.

20   202(b). Thus, the Court **ORDERS**:

21        1.       The guardian ad litem **SHALL** file the petition for approval of the minor's compromise

22   **no later than October 18, 2019**;

23        2.       All pending dates, conferences and hearings are **VACATED**.

24   **The parties are advised that failure to comply with this order may result in the Court imposing**

25   **sanctions, including the dismissal of the action.**

26

27   IT IS SO ORDERED.

28   Dated:   **September 17, 2019**              **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE