UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.Q., (A minor by and through his parent and Guardian ad Litem, CHARIS QUATRO),<br><br>          Plaintiff,<br><br>     v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT,<br><br>          Defendant. | No.: 1:16-cv-01485 NONE JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO APPROVE THE MINOR'S COMPROMISE<br><br>(Doc. No. 98) |

    On October 7, 2020, plaintiff filed an unopposed application seeking approval of a minor's compromise. (Doc. No. 97.) The court referred the matter to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On October 7, 2020, the assigned magistrate judge issued findings and recommendations, recommending that the application be granted. (Doc. No. 98.) The findings and recommendations provided a fourteen-day objection period. (*Id*. at 5.) No objections were filed. (*See* Doc. 99 (defendant's non-objection).)

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of the case. Having carefully reviewed the file, the court finds the findings and recommendations are supported by the record and proper analysis. Accordingly,

    1.    The findings and recommendations filed on October 7, 2020 (Doc. No. 98) are adopted in full.

1

2. The motion for approval of minor's compromise (Doc. No. 96) is GRANTED.

3. The parties shall have 30 days to submit appropriate dispositional documents to the court.

IT IS SO ORDERED.

Dated: __October 27, 2020__    _____
UNITED STATES DISTRICT JUDGE

2