# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.Q., by and through his guardian ad litem CHRIS QUATRO,<br><br>Plaintiff,<br><br>v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT,<br><br>Defendants. | Case No.: 1:16-CV-01485 NONE JLT<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THE CASE<br>(Doc. 104) |

The parties have stipulated to the action being dismissed with prejudice and with each side to bear their own fees and costs[1]. (Doc. 104) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to assign a district judge to this case and to close this action.

IT IS SO ORDERED.

    Dated:   **November 4, 2020**               /s/ Jennifer L. Thurston
                                                                UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the settlement approved by the Court includes payment of the plaintiff's attorney's fees. (Doc. 96 at 11)

1